UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DAVID A. WADDY | CIVIL ACTION NO. 05-0973-A<br>SECTION "P" |
| -vs- | JUDGE DRELL |
| TIM WILKINSON, WARDEN | MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons stated in the Findings and Recommendation of the Magistrate Judge filed previously herein, noting that the date in paragraph 1 is a typographical error and should be 2001, not 1995, and after an independent review of the record, including the objections filed by petitioner, and having determined that the corrected date makes no substantive change, and, therefore, that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that this petition for writ of *habeas corpus* is DENIED AND DISMISSED WITH PREJUDICE as time-barred by the one-year limitation period codified at 28 U.S.C. § 2244(d).

THUS DONE AND SIGNED, in chambers, in Alexandria, Louisiana, on this 19th day of September, 2005.

Dee D. Drell
United States District Judge