RECEIVED
IN ALEXANDRIA, LA
SEP 3 0 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

DAVID ALLEN WADDY

VERSUS

WARDEN, WINN CORRECTIONAL CENTER

CIVIL NO. 1:05CV0973
JUDGE DRELL
MAG. JUDGE KIRK

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

**X** The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Alexandria, Louisiana, this 29th day of SEPTEMBER, 2005

DEE D. DRELL
UNITED STATES DISTRICT JUDGE