
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
JUL 24 2006
ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DAVID A. WADDY | CIVIL ACTION NO. 05-0973 |
| VS. | SECTION P |
| TIM WILKINSON, WARDEN | JUDGE DRELL |
| | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that petitioner's "Motion to Vacate a Miscarriage of Justice Pursuant to Fed. Civil P. Rule 60(b)(6)" [doc. 14] insofar as it raises substantive claims for relief be **DISMISSED** as a second and successive petition for writ of *habeas corpus*;

**IT IS FURTHER ORDERED** that petitioner's "Motion to Vacate a Miscarriage of Justice Pursuant to Fed. Civil P. Rule 60(b)(6)" [doc. 14] insofar as it claims that the court misapplied the timeliness provisions of 28 U.S.C. §2244(d) be **DENIED**.

**THUS DONE AND SIGNED**, in Chambers, in Alexandria, Louisiana, on this 24th day of July, 2006.

**DEE D. DRELL**
**UNITED STATES DISTRICT JUDGE**